```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**TIMOTHY JONES**                                                    **PLAINTIFF**

v.                       Civil No. 09-5049

**MICHAEL J. ASTRUE**,
**Commissioner of Social Security**                                  **DEFENDANT**

## O R D E R

Now on this 26th day of October, 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 15) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that **Plaintiff's Request for EAJA Attorney Fees and Costs Under the Equal Access to Justice Act** (Doc. 12) should be, and it hereby is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff's counsel should be awarded compensation under the EAJA for: 13.83 hours at a rate of $174.00 per hour, plus costs of $10.00, for a total award of $2,416.42. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED.**

               **/s/Jimm Larry Hendren**
               **HON. JIMM LARRY HENDREN**
               **UNITED STATES DISTRICT JUDGE**